United States District Court of Massachusetts

14,16,2010

Plaintiff: Mr Renaldo Browne
37 Wheatland ave #1
Dorchester, MA 02124

**10 CA 11995 JLT**

VS

① Sodexo Inc   9801 Washington Blvd.
② Lasell college Newton ma 02466
③ Brian Ghandt Rm 601 one ashburton Place
Boston MA 02108

FILED
IN CLERKS OFFICE
2010 NOV 16 P 3:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

Complaint of Violations Civil Rights

On march 1, 2008 Sodexo Inc. General manager Retaliated By
Wrongful Termination of employment to obstruct of Justice By
Remove of me from access to my witness of Her and Brian
Ghandt Violations of federal and state law.
M.C.A.D. investigator Brian Ghandt Violated U.S. Code
Title 18 section 1017 U.S.C.S. for withholding Testimony of
Witness of crime Reported To the investigator also investig-
-ator witness the Racial crime in Progress and fail to Uphold
The law of federal and state code of enforcement.
Lasell college Director of Human Resource fail to take
Corrective action after witness of crime committed
in Her Presence on Lasell college campus.
Plaintiff Request Redress By U.S. District court for
Help to stop the multi evasion of Justice for Civil Right
Violations Title VII of the Civil Rights act of 1964, Age Discrimination
act of 1967.

Signed: Renaldo Browne
Pro se litigant

Date: 11,16,2010

REF.# OIG.10-0776-C                                            7/23, 2010

THIS STATEMENT OF TESTIMONY OF WITNESS IS A WITNESS AFFIDAVIT.THE TESTIMONIES OF
WITNESSES ARE SWORN TRUE UNDER PENALTIES OF PERJURY OF LAWS OF
MASSACHUSETTS.INVESTIGATOR(M.C.A.D.)BRIAN GNANDHTWAS IN THE PRESENCE OF MR.RENALDO
BROWNE,LASELL COLLEGDE FACUALTY MEMBER AND MRS.LESLEY COOPER WHEN GENERAL MANAGER
MIRAED WALK OUT OF THE CAFÉ BACK KITCHEN AT THIS TIME GENERAL MANAGER MIRAED STATED
AIN,T NO NIGGER  IS GOING TO DO ANYTHINGTO HER.FACUALTY TOLD HER AT THIS TIME THE STATE
INVESTIGATOR (M.C.A.D.)IS STANDING RIGHT IN FRONT OF HIM(MR.BROWNE).AT THIS TIME GENERAL
MANAGER MIRAED STATED AIN,T NO NIGGER STATE INVESTIGATOR IS GOING TO DO NOTHING TO
HER.MRS.LESLEY COOPER STATED TO BRIAN GNANDHT THAT SHE KNOW THAT
INVESTIGATOR(M.C.A.D.)HEARD THE RACIAL DISCRIMINATION AND DERROGATORY REMARKS MADE BY
SODEXO,S GEN. MAN.MIRAED . M.C.A.D. INVESTIGATOR FAILED TO RESPONDE TO WITNESS AND MR.
BROWNE ABOUT WITNESS STATING TO INVESTIGATOR GNANDHT THAT YOU HAVE HEARD THE GENERAL
MANAGER  RACIAL  INSAULT ABOUT MR. RENALDO BROWNE ON THE JOB. AN IN THE PRESENCE OF
M.A.C.D. INVESTIGATOR GNANDHT THIS WITNESS AFFIDAVIT VERIFIES THAT BRIAN GNANDHT WAS/
HAS ARGUED  AND DISCUSSION ON THE JOB WITH WITNESSES THAT INVESTIGATOR (M.C.A.D.) HEARD
THE RACIAL AND DERROGATORY DISCRIMINATION REMARKS OF GENERAL MANAGER MIRAED VAN
HEEST.THE SIGNED ARE WITNESS TO MR.RENALDO BROWNE BEING RACIAL DISCRIMINATED AGAINST
AND DERROGATORY TREATED ON THE JOB BY SODEXO GENERAL MANAGER MIRAED VAN HEEST.
WITNESS AFFIDAVIT#1 SIGNITURE------------------------------------------- WITNESS AFFIDAVIT#2-----------------------
SIGNED AND SERVED BY--*Ronaldo Browne*-- DATE: 7/28/10/

FacualTy is: DirecTor Lasell collegde (Recantly Ret.)
        ( HUMAN Resource oFFice)

defendant is SodeXo Foods INC General
Manager @ college campus

REF.: O.I.G. 10-0776-C

TO THE OFFICE OF THE INSPECTOR GENERAL,                                      DATE 6/30/10

WHEN I WALK INTO THE BOSTON,MA OFFICE OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION MY
CIVIL RIGHTS HAVE BEEN ASSUALTED AND BATTERY BY SECRETARY BARBARA SWEENY. SWEENY STATED
SOON AS WALK INTO THAT OFFICE WHAT DID I COME INTO THE OFFICE FOR E.E.O.C. DO NOT HELP
PEOPLE LIKE ME. HOW CAN A SECRETARY OF THE FRONT DESK STATE THINGS LIKE THAT TO
CONSTITUENTS SEEKING REDDRESS .INVESTIGATOR GNANDHT HAS ATTEMPTED TO SHAFT OF REDDRESS
AND AFFIX CRIMES COMMITT AGAINST ME MR. RENALDO BROWNE,  37 WHEATLAND AVE
DORCHESTER, MA 02124.BRIAN GNANDHT HAS COMMITTED A SEX CRIME AS A TEENAGER THAT I HAVE
RESCUED THE VICTEMS FROM THIS SEX OFFENDER  30 YEARS AGO. I GOT REASON TO BELEIVE  THAT
THIS RESCUE OF VICTEMS IS HIS MOTIVE TO FRUADULENTLY ADMINISTRATION OF MY CASE  BECAUSE
OF PERSONAL VENDITAS .SWEENY OR GNANDHT SHOULD NOT BE ALLOWED VIOLATE CONSTITUENT
RIGHTS UNDER DISCOURAGE AND AFFIX LAWS OF THE UNITED STATES. DIRECTOR R. SANDERS HAS
BEEN COMPLAINT TO AN SO NO RESPONSE OR REDDRESS HAS BEEN TAKEN AGAINST THESE CRIMINALS
VIOLATING THE PUBLIC RIGHTS BY DIRECTOR SANDERS. ALSO WITNESS RIGHTS AND WITNESS LAWS HAS
BEEN VIOLATED M.C.A.D. INVESTIGATOR BRIAN GNANDHT FOR THE CRIMINALLY WHITHHOLDING WIT
NESSES TESTIMONIES. MASSACHUSETTS COMMISSION AGAINST DISCIMINATION APPEALS ATTORNEY
STATED AT APPEALS HEARING THAT INVESTIGATOR GNANDHT WORK FOR M.C.A.D. AND SHE NOT
GOING TAKE CORRECTIVE ACTION BECAUSE OF THAT.INSPECTOR GENERAL FRUADULENT
ADMINISTRATION COMMITTED BY REDRESS OFFICES IS A MAJOR CRIME .FOR MORE INFORMATION
ABOUT THESE CRIMES IN PROGRESS CONTACT OR CALL 857-207-8966 9AM-5PM(EAST).SHAFT OF DUE
PROCESS IS DEPRIVATION OF CONSTITUTIONAL RIGHTS UNDER COVER OF OFFICE AND WHITE COLLAR
CRIMES COMMITTED BY GOVERNMENT THAT WHY I REQEUST INSPECTION FOR REDDESS FROM YOUR
OFFICE OF INSPECTOR GENERAL.                             THIS IS NOT FRIVILOUSLY A COMPLAINT TO YOUR
OFFICE  SINCERELY YOURS MR.RENALDO BROWNE.   OFFICE OF CIVIL RIGHT MUST BE MADE AWARE OF
THE CIVIL RIGHTS VIOLATIONS BY GOVERNMENT PERSONNEL. BUT YOUR WANT TO BE MADE AWARE OF
THE MISCONDUCT OF OFFICER AT THE DISCIMINATION COMMISSIONS.    SIGNED AND SERVED BY
RENALDO BROWNE.

U.S. District Court of Massachusetts

11.16.2010

Renaldo Browne
        Plaintiff
                VS

① Sodexo INC.
② Losell College 1844 Comm. Ave
                Newton, MA 02466
③ investigator Brian Chandl
    one ashburton Place Rm 601
    Boston MA 02108

## Certificat of Service to all Parties

I swear under Penalties of Pecury that all Parties
Named in this civil action has or counsel has been
Notified of Commencement act Brought against
Defendants.

        Signed BY Ronald Browne
        11.16.2010 Pro Se litigant
        Served By Ronald Browne
        11.16.2010 Pro Se litigant