UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENALDO BROWNE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 10-11995-JLT |
| | * |
| SODEXO, INC. et al., | * |
| | * |
| Defendants. | * |

ORDER

July 12, 2011

TAURO, J.

This court ACCEPTS and ADOPTS the July 5, 2011 Report and Recommendation [#50] of Chief Magistrate Judge Dein. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant's Amended Motion to Dismiss Second Amended Complaint [#24] is ALLOWED; Defendant's Motion to Dismiss Plaintiff's "Amended Complaint #2" [#33] is ALLOWED; Plaintiff's Motion for an Order Compelling Disclosure Rule 37(A)(4) [#39] is DENIED; Defendant's Motion to Dismiss Plaintiff's "Amended Complaint #2." [#44] is ALLOWED; Plaintiff's Motion to Response to Dismissal by Plaintiff Pro Se Litigant Rule 4 [#48] is ALLOWED; and Plaintiff's Motion for Relief from Judgment or Orders Rule 60(A) F.R.C.P. [#49] is DENIED. This case is CLOSED.

IT IS SO ORDERED.

        /s/ Joseph L. Tauro
        United States District Judge